No. 935. COMPAGNA ET AL. *v.* UNITED STATES. April 30, 1945. 324 U. S. 867.

No. 946. KAUFMAN *v.* UNITED STATES. April 30, 1945. 324 U. S. 867.

No. 1027. MALLINCKRODT *v.* COMMISSIONER OF INTERNAL REVENUE. April 30, 1945. 324 U. S. 871.

No. 296. PANHANDLE EASTERN PIPE LINE CO. ET AL. *v.* FEDERAL POWER COMMISSION ET AL. See *ante,* p. 834.

No. 897, October Term, 1936. McDONALD *v.* UNITED STATES;

No. 520, October Term, 1941. McDONALD *v.* HUDSPETH, WARDEN; and

No. 477, October Term, 1943. McDONALD *v.* UNITED STATES. May 7, 1945. Petition for other relief also denied. 301 U. S. 697, 314 U. S. 617, 320 U. S. 804.

No. 38. HOOVEN & ALLISON CO. *v.* EVATT, TAX COMMISSIONER OF OHIO. May 7, 1945. 324 U. S. 652.

No. 354. COMMISSIONER OF INTERNAL REVENUE *v.* WHEELER ET AL., EXECUTORS, ET AL. May 7, 1945. 324 U. S. 542.

No. 614. MEURER STEEL BARREL CO., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. May 7, 1945. 324 U. S. 860.

No. 922. ATLANTIC COMPANY *v.* BROUGHTON ET AL.; and

No. 923. ATLANTIC COMPANY *v.* CARTHAN ET AL. May 7, 1945. 324 U. S. 883.